# Morris, Nichols, Arsht & Tunnell llp

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

———

(302) 658-9200
(302) 658-3989 FAX

**Jack B. Blumenfeld**
(302) 351-9291
(302) 425-3012 FAX
jblumenfeld@morrisnichols.com

July 14, 2023

The Honorable Richard G. Andrews    *VIA ELECTRONIC FILING*
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801-3555

    Re:    *Ragner Technology Corporation, et al. v. Telebrands Corporation, et al.*
              C.A. No. 15-741 (RGA)

Dear Judge Andrews:

    I am counsel of record for plaintiff Ragner Technology Corp. and write in response to the Court's July 7, 2023 Oral Order (D.I. 42). Ragner is in the process of finding new counsel and I expect that a notice of substitution of counsel will be filed shortly. Ragner requests an extension of time to respond to the Oral Order until its new counsel has appeared.

                            Respectfully,

                            */s/ Jack B. Blumenfeld*

                            Jack B. Blumenfeld (#1014)

JBB/bac

cc:    All Counsel of Record (via electronic mail)